```
 1  Robert A. Sacks (SBN 150146)
    sacksr@sullcrom.com
 2  Brian R. England (SBN 211335)
    englandb@sullcrom.com
 3  Edward E. Johnson (SBN 241065)
    johnsonee@sullcrom.com
 4  SULLIVAN & CROMWELL LLP
    1888 Century Park East, Suite 2100
 5  Los Angeles, California  90067-1725
    Tel.:   (310) 712-6600
 6  Fax:   (310) 712-8800

 7  Frank L. Bernstein (SBN 189504)
    fbernstein@kenyon.com
 8  KENYON & KENYON LLP
    1801 Page Mill Road, Suite 210
 9  Palo Alto, California 94304-1216
    Tel.:   (650) 384-4700
10  Fax:   (650) 384-4701

11  Attorneys for Plaintiff j2 Global, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| J2 GLOBAL, INC. | ) Case No.   CV 13-02971-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| INTEGRATED GLOBAL CONCEPTS, INC. | ) |
| Defendant. | ) |

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I am employed in the County of Santa Clara, State of California. I am over |
| 3 | the age of 18 years and not a party to the within action. My business address is |
| 4 | 1801 Page Mill Road, Suite 210, Palo Alto, CA 94304. |
| 5 | |
| 6 | On July 12, 2013 I served the document(s) listed below on Defendant |
| 7 | Integrated Global Concepts, Inc.: |
| 8 | |
| 9 | **REPORT ON THE FILING OR DETERMINATION OF AN** |
| 10 | **ACTION REGARDING A PATENT OR TRADEMARK (D.I. 4);** |
| 11 | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED** |
| 12 | **STATES DISTRICT COURT JUDGE (D.I. 6);** |
| 13 | **ORDER REASSIGNING CASE (D.I. 7);** |
| 14 | **ADMINISTRATIVE MOTION TO CONSIDER IF CASES SHOULD** |
| 15 | **BE RELATED** filed in the U.S. District Court, Northern District of California |
| 16 | in Case No. 5:12-CV-03434-RMW (D.I. 54); and |
| 17 | **CERTIFICATE OF SERVICE** |
| 18 | |
| 19 | The documents were served by placing a true copy of each of the documents |
| 20 | listed in a sealed envelope, addressed as follows: |
| 21 | |
| 22 | **INTEGRATED GLOBAL CONCEPTS, INC.** |
| | 501 N. Cleveland Avenue, # 1F |
| 23 | Chicago, IL 60610 |
| 24 | |
| 25 | The sealed envelope was sent by regular mail. I deposited the sealed |
| 26 | envelope in the mail at 1801 Page Mill Road, Suite 210, Palo Alto, CA 94304. |
| 27 | The envelope was mailed with postage thereon fully prepaid. |
| 28 | |

1  I am "readily familiar" with Kenyon & Kenyon's practice of collection and processing correspondence for mailing. The mail is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing as indicated in this Certificate of Service.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 12, 2013, at Palo Alto, California.

_____
Gregore J. Sambor