| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | sacksr@sullcrom.com |
| 2 | Brian R. England (SBN 211335) |
|   | englandb@sullcrom.com |
| 3 | Edward E. Johnson (SBN 241065) |
|   | johnsonee@sullcrom.com |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East, Suite 2100 |
| 5 | Los Angeles, California 90067-1725 |
|   | Tel.:  (310) 712-6600 |
| 6 | Fax:  (310) 712-8800 |

*Attorneys for Plaintiff j2 Global, Inc.*

Todd J. Dressel (SBN 220812)
dressel@chapman.com
CHAPMAN AND CUTLER LLP
595 Market Street, 26th Floor
San Francisco, California  94105
Tel.:  (415) 278-9088
Fax:  (415) 541-0506

*Attorneys for Defendant Integrated Global Concepts, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| J2 GLOBAL, INC., | Case No. CV 13-02971 RMW |
| Plaintiff, | |
| v. | **[] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS AND DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS** |
| INTEGRATED GLOBAL CONCEPTS, INC., | |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

**[] ORDER**

This matter is before the Court on the parties' Stipulation to Extend Plaintiff's Time to Respond to Defendant's Counterclaims and Defendant's Deadline to File Its Reply in Support of Motion to Stay Proceedings. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

The Stipulation is GRANTED.

(i) j2's time to respond to IGC's counterclaims is extended to September 26, 2013; and

(ii) IGC's time to file a reply in support of its Motion to Stay Proceedings is extended to September 27, 2013.

IT IS SO ORDERED.

Dated: J~~DHCTF~~H

_____
Hon. Ronald M. Whyte
United States District Judge