Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304-1216
Tel.:  (650) 384-4700
Fax:  (650) 384-4701

*Attorneys for Plaintiff j2 Global, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J2 GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Defendant. <br>_____<br> INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> J2 GLOBAL, INC., <br><br> Counterclaim-Defendant. | Case No. CV 13-02971 RMW <br><br> **[] ORDER CONTINUING MEDIATION SESSION** |

This matter is before the Court on the parties' Stipulation Continuing Mediation Session. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, it is hereby ORDERED:

The Stipulation is GRANTED. The deadline to conduct the mediation session in this action is continued to March 31, 2014 without prejudice to requesting that the Court consider a further stipulation should the parties deem a further extension beneficial for the prospects of settlement.

IT IS SO ORDERED.

Dated: 12/17/13

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
United States District Judge